UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DARRELL D. SMITH,                                                     Civil No. 23-357 (JRT/DJF)

           Petitioner,

v.                                                                             **ORDER**

WARDEN B. EISCHEN,

           Respondent.

---

Wayne Langston, Reg. No. 21919-040, FPC Duluth, P.O. Box 1000, Duluth, MN 55814, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge Dulce J. Foster filed a Report and Recommendation (ECF No. 4). No objections have been filed in the time permitted.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.     The Report and Recommendation (ECF No. 4]) is **ADOPTED**; and

    2.     Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED IN PART** as follows:

         a.     Grounds 1, 2, and 4 should be **DISMISSED** in their entirety; and

2

    b.    Ground 3 should be **DISMISSED** to the extent that it challenges Petitioner's conviction in *United States v. Less* or the imposition of his sentence or consecutive sentences in *United States v. Smith*.

Dated: July 24, 2023
at Minneapolis, Minnesota

                                          <u>s/John R. Tunheim</u>_____
                                          JOHN R. TUNHEIM
                                          United States District Court